LAURA E. DUFFY
United States Attorney
GLEN F. DORGAN (CBN 160502)
Assistant United States Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
Tel: (619) 546-7665  Fax: (619) 546-7751
Email:  glen.dorgan@usdoj.gov

Attorneys for Plaintiff UNITED STATES

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, | CASE NO.  3:14-cv-02724-AJB-NLS |
| Plaintiff, | CASE NO.  3:14-cv-02855-AJB-NLS |
| v. | **PLAINTIFF UNITED STATES' SUPPLEMENTAL TABLE OF AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| IIPAY NATION, *et al.*, | |
| Defendants. | **[FRCP RULE 56, 65]** |
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Date:   June 30, 2016<br>Time:   10:00 a.m.<br>Courtroom:  3B<br>Hon. Anthony J. Battaglia |
| v. | |
| IIPAY NATION, *et al.*, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order [Doc. #72], the United States may wish to rely on the following additional authorities in support of arguments presented at the hearing on the United States' motion:

1. *United States v. Mead Corp.*, 533 U.S. 218, 227 (2001);

2. Text of H.R. 4777, available at https://www.congress.gov/bill/109th-

congress/house-bill/4777/text;

      2.    *United States v. Ross*, 1999 WL 782749, *6 (S.D.N.Y. Sept. 16, 1999);

      3.    *People ex rel. Vacco v. World Interactive Gaming Corp.*, 185 M.2d 852, 859-60, 714 N.Y.S.2d 844, 850 (Sup.Ct.N.Y.Co. 1999);

      5.    *Interactive Media Entertainment and Gaming Ass'n, Inc. v. Attorney General of United States*, 580 F.3d 113, 117 (3rd Cir. 2009).

Date:  June 29, 2016

Respectfully submitted,
LAURA E. DUFFY
United States Attorney

By */s/ Glen F. Dorgan*
GLEN F. DORGAN
Assistant United States Attorney
Attorneys for the United States